# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 18, 2015

*By the Court:*

| | |
|---|---|
| No. 14-3308 | KEVIN B. MCCARTHY, et al., Plaintiffs - Appellees<br><br>and<br><br>LANGSENKAMP FAMILY APOSTOLATE, et al., Counter/Defendants - Appellees<br><br>v.<br><br>PATRICIA ANN FULLER, also known as SISTER JOSEPH THERESE, et al., Defendants-Appellants |

| Originating Case Information: |
|---|
| District Court No: 1:08-cv-00994-WTL-DML<br>Southern District of Indiana, Indianapolis Division<br>District Judge William T. Lawrence |

    **IT IS ORDERED** that briefing in this appeal is **SUSPENDED** pending resolution of the motion to dismiss, filed on February 18, 2015.

form name: **c7_Order_BTC**(form ID: **178**)